UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-73-MOC

| | |
|---|---|
| CAROLYN RANKIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. (Doc. No. 16). Plaintiff, through counsel, consents to Defendant's Motion for Remand.

Defendant's motion is **GRANTED**. Pursuant to the power of this Court to enter a judgment reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Furthermore, Plaintiff's Motion for Summary Judgment, (Doc. No. 14), is **DISMISSED** without prejudice as **MOOT**.

Signed: January 24, 2022

Max O. Cogburn Jr.
United States District Judge